UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MISTY CARMICHAEL,

    Plaintiff,

v.                                              CASE NO. 3:17-cv-576-J-34MCR

COSMOS HOSPITALITY, INC., et al.,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Defendants' Notices of Taking Deposition. (Docs. 58-63.) Discovery materials "must not be filed until they are used in the proceeding or the court orders filing." Fed. R. Civ. P. 5(d)(1); *see also* M.D. Fla. R. 3.03(c). Because the Court has not ordered the parties to file the discovery materials and it does not appear that filing is necessary at this time, they are due to be stricken.

Accordingly, it is **ORDERED**:

The discovery materials (**Docs. 58-63**) are **STRICKEN** without prejudice to filing at a later time if necessary.

**DONE AND ORDERED** at Jacksonville, Florida, on February 20, 2018.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record